# MINUTE ORDER

Page 3

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**           Date: 5/13/24     Time: 1:30 p.m.

Defendant: Luis Fernando Vuteff     J#: 07629-506     Case #: 22-20306-CR-GAYLES/TORRES(s)
AUSA: Nalina Sombuntham     Attorney: Brian Beiber
Violation: Conspiracy to Commit Money Laundering

Proceeding: Arraignment on Superseding Information     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at:           Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

**Disposition:**
**Waiver of Indictment Executed**
**Defendant Arraigned**
*Reading of Information Waived*
*Not Guilty Plea Entered*
*Jury Trial Demanded*
*Standing Discovery Order Requested*
**Due Process Protections Act Order Issued (Brady)**

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:01:58     Time in Court: 3

s/Edwin G. Torres     Chief Magistrate Judge