UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-CR-20306-DPG-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LUIS FERNANDO VUTEFF,

     Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL HIS UNOPPOSED MOTION TO EXTEND SURRENDER DATE

**THIS CAUSE** came before the Court on the Defendant's Unopposed Motion to Seal his Unopposed Motion to Extend Surrender Date. Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1.    Defendant's Unopposed Motion to Seal his Unopposed Motion to Extend Surrender Date is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers in the United States District Court, Southern District of Florida, this 22nd day of May, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All counsel of record