UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20306-GAYLES(s)

UNITED STATES OF AMERICA

vs.

LUIS FERNANDO VUTEFF,

Defendant.

_____/

ORDER

The United States of America, having applied to this Court for an order sealing the Government's motions and this Order, and the Court finding good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the aforementioned documents are SEALED until further order of the Court.

DONE AND ORDERED at Chambers in Miami, Florida, this 13th day of April 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE