UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-CR-20306-DPG-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUIS FERNANDO VUTEFF,

      Defendant.

_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL HIS REQUEST FOR HEARING ON THE GOVERNMENT'S UNOPPOSED MOTION TO REDUCE HIS SENTENCE PURSUANT TO FED. R. CRIM. P. 35(b)

**THIS CAUSE** came before the Court on the Defendant's Unopposed Motion to Seal his Request for Hearing on the Government's Unopposed Motion to Reduce his Sentence Pursuant to Fed. R. Crim. P. 35(b). Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1.      Defendant's Unopposed Motion to Seal his Request for Hearing on the Government's Unopposed Motion to Reduce his Sentence Pursuant to Fed. R. Crim. P. 35(b) is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers in the United States District Court, Southern District of Florida, this 13 day of April, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All counsel of record